UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LISETTE RODRIGUEZ LEBRON

V.                              CIVIL NO. 98-1070 (RLA)

DOCTOR'S COMMUNITY HOSPITAL

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 12/13/99   **Docket #** 5<br><br>[X] Dft. DOCTOR'S COMMUNITY HOSPITAL<br><br>**Title:** MOTION FOR EXTENSION OF TIME TO PLEAD | **MOOT** See Judgment granting plaintiffs' motion requesting voluntary dismissal issued on June 4, 1998. |

December 22, 1999                    RAYMOND L. ACOSTA
        Date                          U.S. District Judge

Rec'd:            EOD:

By:          #  6