UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LISETTE RODRIGUEZ LEBRON

V.   CIVIL NO. 98-1070 (RLA)

DOCTOR'S COMMUNITY HOSPITAL

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 1/27/2000   Docket # 7<br>[X] Def.<br><br>Title: MOTION FOR ADDITIONAL EXTENSION OF TIME TO PLEAD | MOOT. Judgment granting plaintiffs' request for voluntary dismissal was issued on June 8, 1998. |

| MOTION | RULING |
|---|---|
| Date Filed: 5/1/2000   Docket # 8<br>[X] Def.<br><br>Title: ANSWER TO THE COMPLAINT | MOOT. Judgment granting plaintiffs' request for voluntary dismissal was issued on June 8, 1998. |

May 11 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:       EOD:

By:    # 9