UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LISETTE RODRIGUEZ LEBRON

V.                              CIVIL NO. 98-1070 (RLA)

DOCTOR'S COMMUNITY HOSPITAL

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 2/14/01   **Docket #** 10<br><br>[X] Dft. DOCTOR'S COMMUNITY HOSPITAL<br><br>**Title:** MOTION REQUESTING LEAVE TO WITHDRAW AS LEGAL COUNSEL | MARTA ELISA GONZALEZ Y., ESQ. is substituted by JAIME SIFRE RODRIGUEZ, ESQ. as counsel for codefendant DOCTOR'S COMMUNITY HOSPITAL. |

February 16, 2001                RAYMOND L. ACOSTA
      Date                       U.S. District Judge

Rec'd:          EOD:

By: ____ # 11